FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

June 25, 2013

Elisabeth A. Shumaker  
Clerk of Court

In re:

CRAIG LAMONT POINDEXTER,

    Movant.

No. 13-1237  
(D.C. No. 1:11-CV-02067-LTB)  
(D. Colo.)

**ORDER**

Before **KELLY**, **O'BRIEN**, and **LUCERO**, Circuit Judges.

    Craig L. Poindexter, a Colorado state prisoner proceeding pro se, seeks authorization to file a second or successive 28 U.S.C. § 2254 application in order to again assert a claim he presented both in his first § 2254 application and in a prior motion for authorization. We deny authorization.

    Mr. Poindexter desires authorization to assert the following claim: because the State had unlawfully placed him on mandatory parole at the time of his alleged escape from parole, he should not have been convicted of escape. In our prior order denying authorization, we concluded that because Mr. Poindexter had challenged the imposition of mandatory parole in his first § 2254 application, 28 U.S.C. § 2244(b)(1) precluded us from granting authorization. *See In re Poindexter,* No. 12-1008 at 3 (10th Cir. Feb. 28, 2012) (unpublished); *see also* 28 U.S.C. § 2244(b)(1) ("A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed."). In

his current motion for authorization, Mr. Poindexter acknowledges he is attempting to assert the same claim previously addressed by the courts.

We therefore must deny his motion for authorization. This matter is dismissed. This denial "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E).

                                          Entered for the Court

                                          ELISABETH A. SHUMAKER, Clerk